# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3022

USA v. Arthur Rowland

(U.S. District Court No. 2-18-cr-00579-002)

## ORDER REGARDING APPOINTMENT OF COUNSEL

Richard J. Fuschino, Jr, Esq. is hereby appointed to represent Arthur Rowland on appeal. The appointment will be created in the Court's eVoucher program. Counsel is directed to the eVoucher page for information regarding the appointment terms and procedures.

CJA 20, 30, 21 and 31 vouchers are submitted for payment through the Court's eVoucher program. Upon receiving separate email notification of this appointment from the Court's CJA staff, counsel may create CJA 20, 30, 21 and 31 vouchers for use in maintaining time and expense records and paying for expert services.

**Authorization for preparation of transcripts must be obtained in the District Court.** Deadlines for ordering and filing the transcripts will be set by this Court. Counsel is required to file the transcript purchase order in this Court and should indicate in Part 1B of the form that the "CJA form submitted to District Court Judge". Counsel must complete the transcript request by filing an "Auth-24" request in the District Court's eVoucher program. Financial arrangements for the transcripts will not be considered complete until counsel has submitted an "Auth-24" request through the District Court's eVoucher program.

For the Court,

s/ Patricia A. Dodszuweit
Clerk

Dated: October 28, 2022
DW/cc:   Richard J. Fuschino Jr.  Esq.
         Paul G. Shapiro  Esq.
         Timothy M. Stengel  Esq.
         Robert A. Zauzmer  Esq.