

Arthur Rowland
USM# 76947-0600
USP Hazelton
P.O. Box 2000
Bruceton Mills, W.V. 26525

Office of the Clerk
United States Court of
Appeals 3rd cir Eastern district.
21400 U.S Courthouse
601 Market Street.
Philadelphia, PA. 19106

    Re: United States of America
            vs.
       Arthur Rowland Criminal No. 2-18-cr-00579

District: Eastern
U.S.C.A. NO: 22-3022
D.C. Docket No. 2-18-cr-00579-002

    I am writing to make the Courts that I have not spoken to my attorney since 10-14-22. I'm not sure if Mr. Richard Fuschino is still my attorney or if the Courts have appointed me new counsel. If so, I haven't been able to discuss any appeal strategy with no attorney. Me and my family have made several attempts to contact Mr. Fuschino by email. At least 40 times, which I can supply the Courts with a copy of. We have also tried contacting Mr. Fuschino, by phone, u.s postal service and by appearing at his office twice. All attempts of communication have been unsuccessful. This concerns me because from my limited understanding

I only have one year to file my direct appeal and that time is quickly approaching. Whoever my attorney may be, I do not want anything filed on my behalf without first having a discussion about the appeal strategy. I still have not received a copy of my transcripts.

   I've wrote Mr. Fuschino, several times requesting a copy of the transcripts from my first trial that occured on 2/15/2022 (Docket. 408) as well as a copy of the transcripts from my second trial that occured on 4/26/2022 (Docket. No. 450) in order for me to be able to prepare for my appeal strategy. I also requested from Mr. Fuschino, and the Courts to unseal and transcribe a telephone conference that occured 10/15/2021 (Docket No. 339) Because it is my belief, that telephone conference is essential to one of my appeallate issues.

   I have (4) underling appeallate issues that I would like addressed in an addition to any other issues my attorney may want to raise.

   I humbly ask the Courts to step in and have my attorney communicate his or her appeal strategy before filing anything on my behalf. And a copy of all request transcripts.

       Thank you

              Arthur Rowland # 76947-066
            x /s/ Arthur Rowland
            Criminal No. 18-579-02
            U.S.C.A. No. 22-3022

Arthur Rowland #76947-066
USP Hazelton
PO Box 2000
Bruceton Mills, WV. 26525

Legal Mail

RECEIVED
MAY 16 2023
U.S.C.A. 3rd. CIR.

Office of The Clerks
United States Court of
Appeals 3rd Cir Eastern District.
U.S Courthouse
601 Market Street.
Philadelphia, PA.19106

Mailed on: 5.10.23

Legal Mail