July 26, 2023

United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:    **<u>United States v. Rowland</u>, No. 22-3022**

To the Honorable Judges of this Court:

    Appellant Arthur Rowland's brief in the above-captioned consolidated matter is due July 26, 2023. Appellant does not challenge the sentence imposed in either case. Accordingly, Appellant has not included presentence reports or sentencing memorandums in the appendix to his brief.

    Respectfully Submitted,

***/s/ Richard J. Fuschino***
Richard J. Fuschino, Esquire
Counsel for Arthur Rowland
Law Office of Richard J. Fuschino
1600 Locust Street
Philadelphia, PA 19103
rjf@fuschinolaw.com

CC: Assistant United States Attorney Paul Shapiro