July 27, 2023

RECEIVED
AUG 11 2023
U.S.C.A. 3rd. Cir.

Arthur Rowland #76947-066
USP Hazelton
P.O. Box 2000
Bruceton Mills, W.V. 26525

The Clerks of Courts
United States Courts of Appeals
For The Third Circuit
21400 United States Courthouse
601 Market St.
Philadelphia, PA. 19106-1790

RE: USA v. Arthur Rowland
Appeal No. 22-3022
District Court No. 2-18-cr-00579-002

I am writing The Courts to request a copy of my appeal brief that was filed on 7-26-2023. I don't understand why my attorney wont talk to me or respond to any of my emails or calls. I wrote the Courts on May 16, 2023 requesting that the Courts step in to help resolve the communication issue between me and my attorney, Mr. Fuschino.

I have not spoken to him since the day that I got sentenced. I expressed to The Courts that I didn't want anything filed on my behalf without my attorney communicating our strategy. I have several underling issues that I wanted addressed. I've written over 50-emails to Mr. Fuschino, expressing to him that I didn't want my appeal filed without being able to review it first. He still filed my brief on 7-26-2023, deliberately ignoring me and all of my concerns.

I'm asking the Courts for permission to amend any additional issues that my attorney neglected to argue. Please...
thank you

Dated: 7-27-2023

Arthur Rowland
x Arthur Rowland

Arthur Rowland #76047-066
UPS Hazelton
P.O. Box 2000
Bruceton Mills, WV. 26525

Legal Mail
U.S.M.S.
X-RAY

The Clerks of Courts
United States Courts of Appeals
For the Third Circuit
21400 United
601 M
Philadelphia PA

NIXIE 171 DC 1 0008/08/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 26525200000 *2632-04598-31-46



Dated: 7-26-23

Legal mail